

# NUMBER 13-23-00388-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JULIAN LLANES,                                                                            Appellant,

v.

FGMS HOLDINGS, L.L.C.,                                                                Appellee.

### On appeal from the County Court at Law No. 9
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Silva and Peña
Memorandum Opinion by Chief Justice Contreras**

On August 29, 2023, appellant filed a notice of appeal. On the same date, the Clerk of the Court notified appellant the notice of appeal did not comply with Texas Rules of Appellate Procedure 9.5(e) and 25.1(d)(1), (4), and (5). On October 2, 2023, the Clerk of the Court again informed appellant of the defects, and appellant was further notified, if

the defects were not corrected within ten days, the appeal would be dismissed. *See* TEX.

R. APP. P. 42.3(b), (c).

Appellant has failed to correct the defects in his notice of appeal and has otherwise not responded to the notices from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
2nd day of November, 2023.